JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERUELO CAPITAL PARTNERS 2, LLC,

    Plaintiff,

    vs.

VISHAL BHUTANI & PAUL EIBLELER,

    Defendants.
-----------------------------------------------------------X

CASE No.: 08 CV 00531

RULE 7.1 STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Meruelo Capital Partners 2, LLC (a private non-governmental party) certifies that such party has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: January 22, 2008

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

_____
Laurence Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
350 Fifth Avenue, Suite 5508
New York, NY 10118
Phone: (212) 686-1060
Fax: (212) 202-3827

Attorneys for Plaintiff



RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y. CASHIERS