AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Meruelo Capital Partners 2, LLC

V.

Vishal Bhutani & Paul Eibleler

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00531

TO: (Name and address of Defendant)

Vishal Bhutani
767 Third Avenue, 39th Floor
New York, New York 10117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
Phillip Kim
350 5th Avenue, Suite 5508
New York, New York 10118
tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JAN 22 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/28/08 |
| NAME OF SERVER (PRINT) Nathan Huddell | TITLE Paralegal, The Rosen Law Firm |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Adelfa Silva, receptionist at Alexandria Investment Management 767 3rd Avenue, 39th Floor New York, NY

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/28/08
          Date

Signature of Server

Address of Server: 350 Fifth Avenue, Suite 5508
New York, NY 10118

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.