UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MERUELO CAPITAL PARTNERS 2, LLC,    :

    Plaintiffs,    :

vs.    :

VISHAL BHUTANI & PAUL EIBELER,    :    **INDEX No. 08-CV-531 (LBS)**
                                        ECF CASE
    Defendants.    :

    :

    :

    :
------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Jason Koral, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant Vishal Bhutani in the above-captioned matter.

Dated: New York, New York            Respectfully submitted,
       February 19, 2008

                                              __/s/ Jason Koral_____
                                              Jason Koral (JK-1044)
                                              Cooley Godward Kronish LLP
                                              1114 Avenue of the Americas
                                              New York, NY 10036-7798
                                              Phone: (212) 479-6000
                                              Fax:   (212) 479-6275