AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Meruelo Capital Partners 2, LLC

V.

Vishal Bhutani & Paul Eibleler

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00531

TO: (Name and address of Defendant)

Paul Eibleler
41 Frost Creek Drive
Lattington, New York 11560

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
Phillip Kim
350 5th Avenue, Suite 5508
New York, New York 10118
tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JAN 2 2 2008

CLERK                                            DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

Index #: 08 CV 00531
Date Purchased: January 22, 2008
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY _____

ATTORNEY(S): LAURENCE M. ROSEN ESQ. : THE ROSEN LAW FIRM P.A.    PH: 212-686-1060
ADDRESS: 350 FIFTH AVENUE SUITE 5508  NEW YORK  NY  10118    File No.: _____

**MERUELO CAPITAL PARTNERS 2, LLC,**
vs.
**VISHAL BHUTANI & PAUL EIBLELER,**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

___ELHAM SHATARA___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __February 9, 2008__ at __12:43 PM__ at __41 FROST CREEK DR. LOCUST VALLEY, NY 11560-1028__, deponent served the within **Summons In A Civil Action, Complaint For Violations of California and Washington Securities Laws**

with Index Number __08 CV 00531__, and Date Purchased __January 22, 2008__ endorsed thereon,

on: **PAUL EIBLELER** _____, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [X]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [X] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On __February 11, 2008__, deponent completed service under the last two sections by depositing a copy of the __ABOVE DOCUMENTS__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the

| | day | | at |
|---|---|---|---|
| 30 | day of January, 2008 | at | 7:29 AM |
| 1 | day of February, 2008 | at | 6:26 PM |
| 9 | day of February, 2008 | at | 12:43 PM |
| | day of | at | |

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [ ]  (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___  Color of skin ___  Color of hair ___  Age ___  Height ___
Weight ___  Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]  ADDRESS CONFIRMED WITH MAIL CARRIER. UNABLE TO CONFIRM THE MILITARY QUESTION.

Sworn to before me on this __11__ day of __February, 2008__

_____

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

*signature: Elham Shatara*
ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0805671

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382