COOLEY GODWARD KRONISH LLP
Jason Koral (JMK-1044)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6236
Facsimile: (212) 479-6275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
MERUELO CAPITAL PARTNERS 2, LLC,  :

        Plaintiff,  :    No. 08-CV-00531 (LBS)

        v.  :    **NOTICE OF MOTION TO ADMIT CHRISTOPHER J. SUNDERMEIER *PRO HAC VICE***

VISHAL BHUTANI and PAUL EIBELER,  :

        Defendants.
------------------------------------ X

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Koral, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Christopher J. Sundermeier |
| Firm Name: | Cooley Godward Kronish, LLP |
| Address 1: | Five Palo Alto Square |
| Address 2: | 3000 El Camino Real |
| City/State/Zip: | Palo Alto, CA 94306-2155 |
| Phone Number: | (650) 843-5000 |
| Fax Number: | (650) 857-0663 |

Christopher J. Sundermeier is a member in good standing of the Bar of the States of California.

There are no pending disciplinary proceedings against Christopher J. Sundermeier in any State or Federal court.

    New York, New York
Dated: February 26, 2008

Respectfully submitted,

_____
Jason Koral (JK-1044)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: 212-479-6088
Fax: 212-656-1457

COOLEY GODWARD KRONISH LLP
Jason Koral (JMK-1044)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6236
Facsimile: (212) 479-6275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MERUELO CAPITAL PARTNERS 2, LLC,   :

      Plaintiff,   :

      v.   :

VISHAL BHUTANI and PAUL EIBELER,   :

      Defendants.

------------------------------------- X

No. 08-CV-00531 (LBS)

**AFFIRMATION OF JASON M. KORAL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

    JASON M. KORAL, pursuant to Title 28, United State Code, Section 1746, hereby affirms under penalty of perjury:

1. I am a partner at Cooley Godward Kronish LLP, counsel for defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Christopher J. Sundermeier as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1998. I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Christopher J. Sundermeier since 2006.

4. Mr. Sundermeier is a partner at Cooley Godward Kronish LLP, in Palo Alto, California.

5. I have found Mr. Sundermeier to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Christopher J. Sundermeier, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Christopher J. Sundermeier, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christopher J. Sundermeier, pro hac vice, to represent defendants in the above captioned matter, be granted.

Dated:    New York, New York
          February 26, 2008

Respectfully submitted,

_____
Jason M. Koral
SDNY Bar Code # JMK-1044

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

February 20, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER JAMES SUNDERMEIER, #166126 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MERUELO CAPITAL PARTNERS 2, LLC,    :

        Plaintiff,    :   **No. 08-CV-00531 (LBS)**

        v.    :   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

VISHAL BHUTANI and PAUL EIBELER,    :

        Defendants.
------------------------------------- X

Upon the motion of Jason Koral for Defendants Vishal Bhutani and Paul Eibeler and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christopher J. Sundermeier |
| Firm Name: | Cooley Godward Kronish LLP |
| Address: | Five Palo Alto Square, 3000 El Camino Real |
| City/State/Zip: | Palo Alto, CA 94306-2155 |
| Telephone/Fax: | (650) 843-5000 |
| Email Address: | csundermeier@cooley.com |

is admitted to practice pro hac vice as counsel for Defendants Vishal Bhutani and Paul Eibeler in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                                                                     United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MERUELO CAPITAL PARTNERS 2, LLC,

                Plaintiff,

-against-

VISHAL BHUTANI and PAUL EIBELER,

                Defendants.

------------------------------------X

Index No. 08-CV-00531 (LBS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

       Flyn Brown, being duly sworn, deposes and says:

       I am not a party to this action, am over the age of eighteen years and reside in Brooklyn, New York.

       On February 26, 2008, I served the defendants' Affirmation of Jason M. Koral in support of Motion to Admit Counsel *Pro Hac Vice*, Notice of Motion to admit Christopher J. Sundermeier *Pro Hac Vice*, Order for Admission *Pro Hac Vice* on Written Motion, by overnight mailing, upon:

                Laurence Rosen, Esq.
                The Rosen Law Firm, P.A.
                350 Fifth Avenue, Suite 5508
                New York, NY 10118

                                                            FLYN BROWN

Sworn to before me this
26th Day of February, 2008

_____
NOTARY PUBLIC

DANIEL S. ANISFELD
Notary Public, State of New York
No. 02AN6151583
Qualified in Kings County
Commission Expires August 21, 2010