USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MERUELO CAPITAL PARTNERS 2, LLC,  :

        Plaintiff,  :

        v.  :

VISHAL BHUTANI and PAUL EIBELER,  :

        Defendants.
------------------------------------- X

No. 08-CV-00531 (LBS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jason Koral for Defendants Vishal Bhutani and Paul Eibeler and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christopher J. Sundermeier |
| Firm Name: | Cooley Godward Kronish LLP |
| Address: | Five Palo Alto Square, 3000 El Camino Real |
| City/State/Zip: | Palo Alto, CA 94306-2155 |
| Telephone/Fax: | (650) 843-5000 |
| Email Address: | csundermeier@cooley.com |

is admitted to practice pro hac vice as counsel for Defendants Vishal Bhutani and Paul Eibeler in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: 3/3/08

*without objection*

_____
United States District/Magistrate Judge