UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

MERUELO CAPITAL PARTNERS 2, LLC,       :

        Plaintiffs,                          :

    vs.                                     :

VISHAL BHUTANI & PAUL EIBELER,          :     **INDEX No. 08-CV-531 (LBS)**
                                               ECF CASE
        Defendants.                          :

                              :

                              :

                              :

------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

     Daniel Anisfeld, a member of good standing in this Court, hereby enters his appearance

as counsel of record on behalf of Defendants Vishal Bhutani and Paul Eibeler in the above-

captioned matter.

Dated: New York, New York                    Respectfully submitted,
       March 31, 2008

                                   /s/ Daniel Anisfeld_____
                                Daniel Anisfeld (DA-8737)
                                Cooley Godward Kronish LLP
                                1114 Avenue of the Americas
                                New York, NY 10036-7798
                                Phone: (212) 479-6000
                                Fax:   (212) 479-6275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MORUELO CAPITAL PARTNERS 2, LLC,    :

           Plaintiff,    :

           vs.    :

VISHAL BHUTANI and PAUL EIBELER,    :    **Index No.: No. 08-CV-00531 (LBS)**

             :

           Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, a notice of appearance for Daniel Anisfeld,

appearing on behalf of Defendants Vishal Bhutani and Paul Eibeler, was served on counsel for

plaintiff, electronically, in accordance with Local Civil Rule 5.2.

Dated: March 31, 2008
New York, New York

        /s/ Daniel Anisfeld
        Daniel Anisfeld (DA-8737)

        COOLEY GODWARD KRONISH LLP
        1114 Avenue of the Americas
        New York, NY 10036-7798
        Phone: (212) 479-6000
        Fax: (212) 479-6275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

MERUELO CAPITAL PARTNERS 2, LLC,      :

           Plaintiffs,      :

    vs.      :

VISHAL BHUTANI & PAUL EIBELER,      :   **INDEX No. 08-CV-531 (LBS)**
                  ECF CASE
          Defendants.      :

                        :

                        :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

      Daniel Anisfeld, a member of good standing in this Court, hereby enters his appearance

as counsel of record on behalf of Defendants Vishal Bhutani and Paul Eibeler in the above-

captioned matter.

Dated: New York, New York            Respectfully submitted,
       March 31, 2008

                                  /s/ Daniel Anisfeld_____
                               Daniel Anisfeld (DA-8737)
                               Cooley Godward Kronish LLP
                               1114 Avenue of the Americas
                               New York, NY 10036-7798
                               Phone: (212) 479-6000
                               Fax:   (212) 479-6275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MORUELO CAPITAL PARTNERS 2, LLC,          :

                    Plaintiff,          :

                  vs.          :

VISHAL BHUTANI and PAUL EIBELER,          :      **Index No.: No. 08-CV-00531 (LBS)**

                            :

               Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2008, a notice of appearance for Daniel Anisfeld,

appearing on behalf of Defendants Vishal Bhutani and Paul Eibeler, was served on counsel for

plaintiff, electronically, in accordance with Local Civil Rule 5.2.

Dated: March 31, 2008
New York, New York

                               /s/ Daniel Anisfeld
                             Daniel Anisfeld (DA-8737)

                             COOLEY GODWARD KRONISH LLP
                             1114 Avenue of the Americas
                             New York, NY 10036-7798
                             Phone: (212) 479-6000
                             Fax: (212) 479-6275