UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MERUELO CAPITAL PARTNERS @, LLC

                Plaintiff(s),        08 CIV. 531 (LBS)

  -against-

VISHAL BHUTANI and PAUL EIBLELER    ORDER

               Defendant(s).
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08

SAND, J.

    It is hereby ordered that this action be transferred to the suspense docket of this Court, subject to reinstatement to the active docket upon the written request of any party.

    This order is entered for the following reason(s):

Same claims are being tried in California Superior Court.
This case is held in abeyance until trial in California concludes

    The parties are to advise the Court in writing of the status of this action on July 8, 2008 and every (90) days thereafter.

    SO ORDERED.

Dated:   New York, New York
           April 8, 2008

                                                          /s/ Sand
                                                          U.S.D.J.