

MEMO ENDORSED

Daniel S. Anisfeld
(212) 479-6236
danisfeld@cooley.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

July 7, 2008

The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl St., Room 1650
New York, NY 10007

RE: **Meruelo Capital Partners 2, LLC v. Bhutani et al.**, 08-cv-531

Dear Judge Sand:

    This firm represents the defendants in the above-referenced matter. The parties appeared before this Court for a pretrial conference on April 8, 2008. At that conference, the parties informed the Court that a trial was set to begin in California Superior Court on June 9, 2008 that could have a dispositive effect on the matter before this Court. As a consequence, the parties agreed to a stay this case pending the resolution of the California proceedings. The same day, this Court entered an order holding this case in abeyance until the conclusion of the California case. The court also directed the parties to provide written updates on the status of the California case on July 8, 2008, and every three months thereafter. This letter represents the first update since the April 8 conference.

    On May 8, 2008, plaintiff's counsel in the California action informed defendants that it intended to make an ex parte appearance before the California Superior court judge seeking leave to file an amended complaint that would add two new plaintiffs to the case. On May 12, 2008, the California court issued an order permitting plaintiff to file a motion seeking the requested relief, but declined to schedule a decision on the motion before June 9. Hence, the court moved the trial date to November 3, 2008 and set the motion for decision on July 28, 2008. Thus, while there has been some delay in the resolution of the California action, it has been at the request of the plaintiffs and does not alter the fundamental fact that the resolution of the California action should have a dispositive effect on the matter before this Court.



1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM



The Honorable Leonard B. Sand
July 7, 2008
Page Two

      We ask that the instant matter remain on this Court's suspension calendar pending the resolution of the California proceedings. We will apprise the court on or before October 8, 2008 of any new developments as directed in its April 8 order.

Sincerely,

Daniel S. Anisfeld

Cc:   Laurence Matthew Rosen, Esq.
       Phillip Kim, Esq.
       The Rosen Law Firm, P.A.
       350 5th Avenue, Suite 5508
       New York, NY 10118

Approved
/s/ Sand
LBS
7/9/08

**MEMO ENDORSED**

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM